UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MERTON VIRGIL SMITH, JR.,          :
       Petitioner                 :
                                  :
       v.                         :   CIVIL NO. 1:11-CV-1943
                                  :
MICHAEL W. HARLOW, et al.,          :
       Respondents                :

*O R D E R*

AND NOW, this 17th day of January, 2012, upon consideration of the

report and recommendation of the magistrate judge (Doc. 9), filed December 20, 2011,

to which no objections were filed, and upon independent review of the record, it is

ordered that:

      1.  The magistrate judge's report is adopted.

      2.  Petitioner's petition for a writ of habeas corpus pursuant to
28 U.S.C. § 2254 is dismissed.

      3.  The Clerk of Court shall close this file.

      4.  A certificate of appealability is denied.


                    /s/ William W. Caldwell
                   William W. Caldwell
                   United States District Judge